Charles WADE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66456.

Missouri Court of Appeals, Western District.

Jan. 23, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2007.

Charles Wade, Kansas City, MO, appellant Pro Se.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA BRECKENRIDGE, Judge and JOSEPH M. ELLIS, Judge.

## ORDER

PER CURIAM.

Charles E. Wade appeals from the denial of his rule 24.035 motion for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).